## Commonwealth *v.* Elliott, Appellant.

Sub-

754

mitted September 10, 1973. *John T. Grigsby, III,* for appellant; *Albert L. Becker, James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.